CAREN P. SENCER, Bar No. 233488
COREY T. KNISS, BAR No. 330128
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023

800 Wilshire Boulevard, Suite 1020
Los Angeles, California 90017
Telephone  (213) 380-2344
Fax  (213) 443-5098
E-Mail: csencer@unioncounsel.net
          ckniss@unioncounsel.net
          courtnotices@unioncounsel.net

Attorneys for Defendants IAM and IAM DL 141

MATT E.O. FINDELBERG, Bar No. 329503
DEREK SMITH LAW GROUP, PLLC
633 W. 5th Street, Suite 3250
Los Angeles, CA 90071
Telephone  (310) 602-6050
Fax  (310) 602-6350
Email:      matt@dereksmithlaw.com

Attorneys for Plaintiff JON HANLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HANLEY,<br><br>                    Plaintiff,<br><br>        v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 141; MICHAEL G. KLEMM, individually; SITO PANTOJA, individually; and FRANKLIN GIANNOLA, individually,<br><br>                    Defendants. | No. 2:20-cv-06058-CBM-AGR<br><br>Judge:  Hon. Consuelo B. Marshall<br><br>**JOINT NOTICE OF SETTLEMENT** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

1    The Parties by and through their counsel of record hereby jointly provide

2  NOTICE that they have reached an agreement to settle all claims in this case.

3    The Parties now file this Joint Notice of Settlement and request that the Court

4  vacate all appearances and other deadlines in this case including the final pre-trial

5  conference scheduled for June 28, 2022. A Stipulation for Dismissal of the

6  Complaint, with prejudice, will be filed within 40 days.

7

8  Dated:  June 27, 2022                    WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation
9

10                                          */s/ Caren P. Sencer*
                                 By: _____CAREN P. SENCER
11                                          COREY KNISS

12                                          Attorneys for Defendants IAM and
                                            IAM DL 141
13

14

15  Dated:  June 27, 2022                    DEREK SMITH LAW GROUP, PLLC

16                                          */s/ Matt E.O. Finkelberg*
                                 By: _____MATT E.O. FINKELBERG
17

18                                          Attorneys for Plaintiff

19  150425\1280888

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2