CAREN P. SENCER, Bar No. 233488
COREY KNISS, Bar No. 330128
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023

800 Wilshire Boulevard, Suite 1020
Los Angeles, California 90017
Telephone  (213) 380-2344
Fax  (213) 443-5098
E-Mail: csencer@unioncounsel.net
       ckniss@unioncounsel.net
       courtnotices@unioncounsel.net

Attorneys for Defendants IAM, IAM DL 141, MICHAEL G. KLEMM, SITO PANTOJA & FRANK GIANNOLA

*Additional Counsel Continued On Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HANLEY,<br><br>                    Plaintiff,<br><br>       v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT LODGE 141; MICHAEL G. KLEMM, individually; SITO PANTOJA, individually; and FRANKLIN GIANNOLA, individually,<br><br>                    Defendant. | No. 2:20-cv-06058-CBM-AGRx<br><br>Judge:  Hon. Consuelo B. Marshall<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE  [JS-6]** |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: AUGUST 4, 2022

_____
Honorable Consuelo B. Marshall
United States District Judge